# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:     RICO LENN MAJORS     )
)
)     CASE NO.     303-03447
)
)

## ORDER

It appearing to the Court that the amount of 2403.00 constituting unclaimed funds is declared due to RICO LENN MAJORS for reasons stated in the Application filed herein.

IT IS ORDERED THAT, pursuant to 28 USC §2042, the Bankruptcy Court, Middle District of Tennessee, pay this unclaimed money to the order of RICO LENN MAJORS.

ORDERED and DONE this _____ day of _____,

OCT 12 2004

/s/Marian F. Harrison
United States Bankruptcy Court

Re:21

APPROVED FOR ENTRY:

_____

### CERTIFICATE OF SERVICE

I hereby certify that on the 19 Day of August, I mailed a copy of the foregoing to the U. S. Attorney, 110 9th Avenue, South, Suite A-961, Nashville, Tennessee 37203-3870; and to the U.S. Trustee, 701 Broadway, Customs House, Third Floor, Nashville, Tennessee 37203 and HENRY HILDEBRAND III, CHAPTER 13 TRUSTEE, PO BOX 190664 NASHVILLE, TENNESSE 37219.

*Rico Lean Major*

A copy of this order shall be mailed in accordance with Fed. R. Bankr. P. 2002, LBR 9013-1 and 9013-3 by:

[ ] Debtor or Dr's Atty  [ ] Atty for Movant
[ ] (Co-Debtor's Atty)  [ ] _____

Clerk's Office only:
[ ] Chapter ____  [ ] Debtor and Dr's Atty
[ ] Financial Clerk  [ ] Trustee &/or Tr's Atty
[ ] Judgment Book  [ ] Movant &/or Mvt's Atty
[ ] Adversary Case  [ ] All parties to agreed order
[ ] UST  [ ] All parties in cert of svc
[ ] _____  [ ] All creditors